UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JOSEPH EGAN,<br><br>Defendant. | Case No. 2:07-cr-00145-KJD-PAL-2<br><br>**Order – Status Report** |

Presently before the Court is Defendant's Motion to Plea by Mail and Request for Hearing to be Set (#1632) and Motion to Appoint Counsel (#1629). The United States did not file a response to either of these motions, and the time to do so has passed.

Currently, Defendant has an outstanding supervised release violation in the District of Nevada, but based on Defendant's motion, it seems he is currently serving a nine-year term of imprisonment in the Colorado Department of Corrections. (#1632). Therefore, before the Court rules on these motions, the United States is required to file a Status Report within the next thirty (30) days.

Accordingly, **IT IS HEREBY ORDERED** that the United States will file a Status Report no later than December 22, 2023.

Dated this 21st day of November 2023.

_____
Kent J. Dawson
United States District Judge