# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD SELLERS, *et al.*,<br><br>Defendant. | Case No. 2:07-cr-00145-KJD-BNW<br><br>**ORDER** |

Before the Court is Defendant's motion for appointment of counsel. ECF No. 1629. This motion was referred to the undersigned on April 2, 2024.

Defendant indicates that he will be appearing before the Honorable Judge Dawson for a violation of probation. *Id.* A review of the docket reveals that Defendant was not sentenced to a term of probation. ECF No. 365. Instead, he was sentenced to time in prison followed by a term of supervised release. *Id.*

Notwithstanding, Defendant has the right to have counsel appointed for a revocation of supervised release proceeding. *See* 18 U.S.C. § 3006A(a)(1)(E) and (b). Counsel is appointed at the time a defendant makes his initial appearance in relation to such allegations. *See* Fed. R. Crim. P. 32.1(a)(3)(B).

IT IS ORDERED that Defendant's motion at ECF No. 1629 is DENIED as premature.

DATED this 4th day of February 2024.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE