UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00145-KJD-PAL-2 |
| Plaintiff, | **<u>Order</u>** |
| v. | |
| DANIEL JOSEPH EGAN, | |
| Defendant. | |

Presently before the Court is Defendant's pro se Motion to Plea by Mail and Request for Hearing to be Set (#1632). Currently, Defendant is incarcerated at the Sterling Correctional Facility in Colorado, with a mandatory release date of December 28, 2027. However, Defendant has an outstanding revocation petition, addendum, and warrant in the District of Nevada. (#1624; #1626; #1628). Defendant's motion requests that this Court hear his revocation petition, squash his retainer, and order that any time served for his revocation to be served concurrently with his state court sentence. (#1632). Defendant further requests that the hearing take place virtually. <u>Id.</u> at 2. Initially, the Government did not file a response. However, after reviewing Defendant's motion, the Court ordered the Government to file a response within thirty days. (#1634). The response was timely filed and is now before the Court. (<u>See</u> #1637).

The Government asserts that it has reviewed Defendant's history, his conduct in this case, and his conduct in Colorado, and does not intend to request a writ of habeas corpus ad prosequendum at this time. <u>Id.</u> at 2-3. At this time, the Court finds that issuing a writ of habeas corpus ad prosequendum is not appropriate. However, since Defendant has requested a virtual hearing, the Court refers this request to Magistrate Judge Weksler to determine whether an initial appearance by teleconference is appropriate in this context.

//

//

//

//

1    Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Plea by Mail and

2    Request for Hearing (#1632) is **REFERRED** to **MAGISTRATE JUDGE WEKSLER** for

3    further proceedings.

4

5    Dated this 29th day of August 2024.

6

7                                                Kent J. Dawson

8                                                United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -